# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: March 20, 2006

To: United States Court of Appeals    Attn: (✓) Civil
     For the Ninth Circuit
     Office of the Clerk        ( ) Criminal
     95 Seventh Street
     San Francisco, California 94103    ( ) Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:    CR 00-00186-WJR    Appeal No:    05-10351
Short Title:    USA vs. Romero

Clerk's Files in    6    volumes (✓) original  ( ) certified copy

Bulky docs    _____    volumes (folders)  docket #

Reporter's Transcripts    volumes (✓) original  ( ) certified copy
4/24/00, 5/26/00, 6/6/00, 6/7/00, 6/7/00, 6/15/00, 12/8/00, 12/8/00, 3/21/01, 3/29/01, 12/17/01, 1/29/02, 1/30/02, 1/31/02, 2/1/02, 2/4/02, 2/5/02, 2/6/02, 2/7/02, 2/8/02,
24    6/24/02, 7/23/02, 5/3/02, 5/4/05

Sealed Docs:    volumes (✓) under seal
Docs#: 252, 272, 273, 343, 354, 370, 381, 391, 392, 396,
19    406, 409, 411, 414, 424, 450, 475, 573, 574

_____    boxes  ( ) under seal

Other:
-certified copy of docket sheet
-sealed document nos:252, 272, 273, 343, 354, 370, 381, 391, 392, 396, 406, 409, 411, 414, 424, 450, 475, 573, 574
Acknowledgment: _____  Date: _____

cc: all counsel