Georgia K. McMillen, 6422
P.O. Box 1512
Wailuku Maui, HI 96793
Tel. / Fax: (808) 242-4343
gmcmillen@earthlink.net
**Attorney for the Defendant, Pablo Romero**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | D.C. No. CR 00-00186 WJR |
| Vs. | EX PARTE MOTION FOR AUTHORIZATION TO TRAVEL; DECLARATION OF COUNSEL. |
| PABLO ROMERO, Defendant. | |

EX PARTE MOTION FOR AUTHORIZATION TO TRAVEL;
DECLARATION OF COUNSEL.

COMES NOW GEORGIA K. MCMILLEN, Criminal Justice Act (CJA) attorney for the Defendant Pablo Romero ("Defendant"), and hereby files this ex parte motion for a authorization to travel to the resentencing hearing, currently scheduled for December 4, 2006, at 3:45 p.m., before the Honorable Susan Oki Mollway, at the United States District Court, located in Honolulu, Hawai'i.

This motion is based upon the accompanying Declaration of Counsel; and all the records filed in this matter.

DATED: Maui Hawai'i, November 9, 2006.

Respectfully submitted,

.   /s/ Georgia K. McMillen
    GEORGIA K. MCMILLEN
    Attorney for the Defendant, Pablo Romero

1