LAW OFFICE OF GEORGIA K. MCMILLEN

Georgia K. McMillen, 6422
P.O. Box 1512
Wailuku Maui, HI 96793
Tel. / Fax: (808) 242-4343
gmcmillen@earthlink.net
**Attorney for the Defendant, Pablo Romero**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAI'I

| UNITED STATES OF AMERICA, Plaintiff | D.C. No. CR 00-00186 WJR |
|---|---|
| Vs. | |
| PABLO ROMERO, Defendant. | DECLARATION OF COUNSEL. |

DECLARATION OF COUNSEL

1. I am an attorney duly admitted to practice law before United States District Court Hawai'i.  On September 25, 2006, this Court appointed me to provide legal representation for the Defendant during remand sentencing proceedings, following an appeal to the United States Court of Appeals, Ninth Circuit, where I also represented the defendant through the Criminal Justice Act.  I make this declaration based upon my own personal knowledge.

2. This matter is currently scheduled for a resentencing hearing before the Honorable Susan Oki Mollway, at the United States District Court located in Honolulu Hawai'i, on December 4, 2006, at 3:45 p.m.  I reside and work on the island of Maui.

3. To attend the resentencing hearing on December 4, 2006, I need to travel from the island of Maui to the United States District Court in Honolulu Hawai'i.

4. Therefore, I respectfully request that this Court authorize travel costs sufficient to cover all air and ground transportation to attend the resentencing hearing on December 4, 2006, at the United States District Court in Honolulu, or for any other date the Court may select for the hearing.

5. For all the above-listed reasons, the Declarant respectfully requests that this Court grant this ex Parte Motion for Authorization to Travel.

DATED:   Maui, Hawai'i, November 9, 2006.

  /s/ Georgia K. McMillen  
GEORGIA K. MCMILLEN  
Attorney for the Defendant Pablo Romero