# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>vs.<br><br><br>PABLO ROMERO,<br>　　　　Defendant. | D.C. NO. CR 00-00186 WJR<br><br><br>ORDER |

### ORDER GRANTING EX PARTE MOTION FOR AUTHORIZATION
### TO TRAVEL TO SENTENCING HEARING

　　The ex parte motion of Georgia K. McMillen, Esq., appointed counsel for the defendant PABLO ROMERO, under the Criminal Justice Act, for travel authorization to attend the sentencing hearing in the United States District Court, Hawai'i, is granted.

　　Counsel is authorized to incur expenses for round-trip airfare between Maui and Honolulu, and ground transportation between the airport and the district court, to attend the sentencing hearing currently scheduled for December 4, 2006, or at any other date and time the Court schedules for the sentencing hearing.

　　DATED: Honolulu, Hawaii; November 13, 2006.



　　　　　　　　　　　　　　　　　／s／ Susan Oki Mollway
　　　　　　　　　　　　　　　　　Susan Oki Mollway
　　　　　　　　　　　　　　　　　United States District Judge