Georgia K. McMillen, 6422
P.O. Box 1512
Wailuku Maui, HI 96793
Tel. / Fax: (808) 242-4343
gmcmillen@earthlink.net
**Attorney for the Defendant, Pablo Romero**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, | D.C. No. CR 00-00186 WJR |
| Plaintiff | |
| vs. | STIPULATION TO CHANGE RESENTENCING TO DECEMBER |
| PABLO ROMERO, | 13, 2006, AT 9:00 A.M. |
| Defendant. | |

STIPULATION TO CHANGE RESENTENCING HEARING FROM
DECEMBER 4, 2006, TO DECEMBER 13, 2006 AT 9:00 A.M.

Defendant Pablo Romero, through counsel Georgia K. McMillen, and Plaintiff United States of America, through counsel Assistant U.S. Attorney Loretta Sheehan, stipulate to change the current hearing date and time for resentencing from December 4, 2006, at 3:45 p.m., to the new hearing date and time of December 13, 2006, at 9:00 a.m.

IT IS SO STIPULATED.

/s/ Loretta Sheehan                    /s/ Georgia K. McMillen
Loretta Sheehan                         Georgia K. McMillen
Assistant U.S. Attorney                 Counsel for Defendant Pablo Romero

IT IS SO ORDERED.

DATED: Honolulu, Hawaii; November 27, 2006.



_____
Susan Oki Mollway
United States District Judge

United States of America v. Pablo Romero; Cr. 00-00186 WJR; STIPULATION TO CHANGE RESENTENCING HEARING FROM DECEMBER 4, 2006, TO DECEMBER 13, 2006 AT 9:00 A.M.