# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/13/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CR NO. 00-00186SOM

CASE NAME:         United States of America Vs. (04) Pablo Romero

ATTYS FOR PLA:     Loretta Sheehan

ATTYS FOR DEFT:    (04) Georgia McMillan

INTERPRETER:       Miguel Saibene

|  |  |  |  |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 12/13/2006 | TIME: | 9:00a.m.-9:26a.m. |

COURT ACTION:  EP: Resentencing (Remanded back from the 9th CCA) as to Defendant (04) Pablo Romero-Defendant present in Custody.

Oral Argument held as to the Resentencing.  There is no dispute about the facts.

Defendant addresses the Court.

Court will Sentence the Defendant to the same Sentence that was imposed on May 3, 2005 by Judge William J. Rea.

Sentence-As to Counts 1, 3, 5, 20, 27, 28, 31, 32, 36, 46, 51 and 53 of the First Superseding Indictment.

Imprisonment-98 Months.
This Term consists of 98 Months as to each of Counts 1, 3 and 20, to run concurrently, a term of 12 Months as to Count 5, to run concurrently, a term of 48 Months as to each of Counts 27, 28, 31, 32, 36, 46 and 51, to run concurrently and a term of 24 Months as to Count 53, to run concurrently.

Court Recommendation- 1. FDC-Honolulu

Mittimus Forthwith.

Supervised Release-5 Years.

This term consists of 5 Years as to Count 1, to run concurrently, a term of 3 Years as to each of Counts 3 and 20, to run concurrently and a term of 1 Year as to each of Counts 5,

27, 28, 31, 32, 36, 46, 51 and 53, to run concurrently.

Special Conditions of Supervised Release-

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

5. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6. That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

7. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

8. That the defendant submit to removal proceedings, including deportation or exclusion as required by the Department of Homeland Security. The defendant shall not enter the United States without proper authorization.

Special Assessment-$1,125.00 ($100.00 as to each count and $25.00 as to Count 5)

Defendant advised of his right to Appeal.

Submitted by Leslie Lai, Courtroom Manager