ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 1 4 2006

at 12 o'clock and 15 min. P
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 00-00186-04 SOM-BMK |
| ) | |
| Plaintiff, ) | DECLARATION OF INTERPRETER |
| vs. ) | |
| ) | |
| PABLO ROMERO, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### DECLARATION OF INTERPRETER

The undersigned interpreter declares that, except to the extent that there may have been contact while providing interpreter services in this or a prior case, he has not had any prior involvement with this case nor with the defendant nor any witness involved herein.

Dated: Honolulu, Hawaii, December 13, 2006.

_____
MIGUEL SAIBENE