**ORIGINAL**

**The Law Office of Georgia K. McMillen**

Georgia K. McMillen, Esq. # 6422
P.O. Box 1512
Wailuku Maui, HI 96793
Telephone & Fax: (808) 242-4343
Email: gmcmillen@earthlink.net

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 1 8 2006

at 4 o'clock and 30 min. PM
SUE BEITIA, CLERK

ATTORNEY FOR DEFENDANT, PABLO ROMERO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-00-00186-WJR |
| Plaintiff, | |
| vs. | NOTICE OF APPEAL; CERTIFICATE OF SERVICE |
| PABLO ROMERO, | |
| Defendant. | |

**NOTICE OF APPEAL**

Notice is hereby given that pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure the defendant in the above named case, PABLO ROMERO, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment and sentence imposed by the Honorable Susan Oki Mollway, United States District Court for the District of Hawai'i, in this action on December 13, 2006.

DATED:   December 15, 2006.

_____
GEORGIA K. MCMILLEN
Attorney for Defendant, Pablo Romero

CERTIFICATE OF SERVICE

I, GEORGIA K MCMILLEN, certify that a true and exact copy of the foregoing document was duly mailed to the following on December 15, 2006.

Loretta Sheehan, Assistant U.S. Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6100
Honolulu, HI 96813
   ATTORNEY FOR PLAINTIFF,
   UNITED STATES OF AMERICA

Dated: December 15, 2006

_____
Georgia K. McMillen
Attorney for the Defendant, Pablo Romero