January 11, 2007

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
### (415) 556-9920

**THIS RECORD CONTAINS DOCUMENTS THAT ARE FILED UNDER SEAL**

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** CR-00-00186-WJR
**Appeal Number:** 05-10351
**Short Title:** USA v. Romero

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 17 2007
DISTRICT OF HAWAII

**Volumes**

| | | | |
|---|---|---|---|
| Clerk's Records in: | 6 | 0 | Certified Copy(ies) |
| Reporters Transcripts in: | 24 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Bulky Documents in: | 19 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |
| State Lodged Docs in: | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |

**Other:**

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.

1 OF 2 CARTONS

January 11, 2007

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
### (415) 556-9920

**THIS RECORD CONTAINS DOCUMENTS THAT ARE FILED UNDER SEAL**

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** CR-00-00186-WJR
**Appeal Number:** 05-10351
**Short Title:** USA v. Romero

RECEIVED
CLERK, U.S. DISTRICT COURT
JAN 17 2007
DISTRICT OF HAWAII

**Volumes**

| | | | |
|---|---|---|---|
| Clerk's Records in: | 6 | 0 | Certified Copy(ies) |
| Reporters Transcripts in: | 24 | | |

| Bulky Documents in: | 19 Envelopes | 0 Expandos | 0 Folders | 0 Boxes |
|---|---|---|---|---|
| | 0 Other | | | |
| State Lodged Docs in: | 0 Envelopes | 0 Expandos | 0 Folders | 0 Boxes |
| | 0 Other | | | |

Other:

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.

2 OF 2 CARTONS