United States Court of Appeals for the Ninth Circuit
Record Transmittal Form

Date: March 20, 2006

To:  United States Court of Appeals         Attn: (✓)  Civil
     For the Ninth Circuit
     Office of the Clerk                          ( )  Criminal
     95 Seventh Street
     San Francisco, California 94103             ( )  Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

FILED
APR 05 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

DC No:       CR 00-00186-WJR           Appeal No:    05-10351

Short Title:  USA vs. Romero

| | | |
|---|---|---|
| Clerk's Files in | 6 | volumes (✓) original ( ) certified copy |
| Bulky docs |  | volumes (folders) docket # |
| Reporter's Transcripts | 24 | volumes (✓) original ( ) certified copy<br>4/24/00, 5/26/00, 6/6/00, 6/7/00, 6/7/00, 6/15/00, 12/8/00, 12/8/00, 3/21/01, 3/29/01, 12/17/01, 1/29/02, 1/30/02, 1/31/02, 2/1/02, 2/4/02, 2/5/02, 2/6/02, 2/7/02, 2/8/02, 6/24/02, 7/23/02, 5/3/02, 5/4/05 |
| Sealed Docs: | 19 | volumes (✓) under seal<br>Docs#: 252, 272, 273, 343, 354, 370, 381, 391, 392, 396, 406, 409, 411, 414, 424, 450, 475, 573, 574 |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos: 252, 272, 273, 343, 354, 370, 381, 391, 392, 396, 406, 409, 411, 414, 424, 450, 475, 573, 574

Acknowledgment: _____S. DAVIS_____    Date: _____

FILED
APR 05 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

cc: all counsel