UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

DOCKET FEE PAYMENT NOTIFICATION FORM

I.   **SHORT CASE TITLE:**   U.S.A. vs. PABLO ROMERO

   **U.S. COURT OF APPEALS DOCKET NUMBER:** _____

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:**   CR 00-00186WJR-04

II   **DATE NOTICE OF APPEAL FILED:**   12/18/06

III   **U.S. COURT OF APPEALS PAYMENT STATUS:**   CJA APPOINTED

   **DOCKET FEE PAID ON:**           **AMOUNT:**

   **NOT PAID YET:**                 **BILLED:**

   **U.S. GOVERNMENT APPEAL:**       **FEE WAIVED:**

   WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?

   IF YES, SHOW DATE:

   WAS F.P. STATUS REVOKED:          DATE:

   WAS F.P. STATUS LIMITED IN SOME FASHION?

   IF YES, EXPLAIN:

   RECEIVED
   CLERK, U.S. DISTRICT COURT
   JAN 26 2007
   DISTRICT OF HAWAII

IV   **COMPANION CASES, IF ANY:**

V.   **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Laila M. Geronimo

   07  10045

_____

AMENDED NOTIFICATION _____ PAID _____ F.P. _____
DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)