# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 1 2 2007

at 12 o'clock and 40 min. ___M
SUE BEITIA, CLERK

## Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. __07-10045__      U.S. District Court Case No. __CR-00-00186-WJR__

Short Case Title __United States of America v. Pablo Romero__

Date Notice of Appeal Filed by Clerk of District Court __12/18/2006__

### SECTION A - To be completed by party ordering transcript

| HEARING DATE (s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| 12/13/2006 | Ct Rptr: Debra Chun | Resentencing |

(Attach additional page for designations if necessary)  **Please see attached page.**

( )  I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

( )  As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

(X)  As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __02/08/2007__   Estimated date for completion of transcript __3/14/07 (due date set by Ninth Circuit, see Order filed 0124/2007__

Print Name of Attorney __Georgia K. McMillen__   Phone Number __(808) 242-4343__

Signature of Attorney _____

Address __Law Office of Georgia K. McMillen; P.O. Box 1512; Wailuku Maui, HI 96793__

### SECTION B - To be completed by court reporter

I, _____ have received this designation.
       (Signature of court reporter)

( ) Arrangements for payment were made on _____

( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript -- Due Date _____

### SECTION C - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed _____   Court Reporter's Signature _____

### SECTION D - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

Walter A.Y.H. Chinn _____   BY: _____
(U.S. District Court Clerk)        (Date)              DEPUTY CLERK

## INSTRUCTIONS FOR TRANSCRIPT DESIGNATION AND ORDERING FORM

**INSTRUCTIONS FOR ATTORNEYS**
(1) Complete Section A, place additional designations on blank paper if needed.
(2) File Original with district court.
(3) Serve a copy on opposing counsel(s). Make additional photocopies if necessary.
(4) Serve a copy on each court reporter. (Make additional copies if necessary.) Contact Court reporter(s) to make further arrangements for payment.
(5) Continue to monitor progress of transcript preparation.

**INSTRUCTIONS FOR COURT REPORTER**
Be sure to notify the court of appeals if suitable arrangements are not made and you do not intend to commence preparation of the transcript.

(1) When designation is received, contact the attorney regarding payment.
(2) Complete section B and send to court of appeals in compliance with FRAP 10(b).
(3) Complete section C and send to the district court upon completion of the transcript(s).

**INSTRUCTIONS FOR CLERK**
Section D (Certificate of Record) should be completed and transmitted to the court of appeals by the district court clerk when transcript are filed and the record is complete in the district court.