UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
MAY 16 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 07-10045 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CR-00-00186-SOM |
| v. | District of Hawaii, Honolulu |
| PABLO ROMERO, | |
| Defendant - Appellant. | ORDER |

The motion of Georgia K. McMillen, Esq., to withdraw as counsel of record under *Anders v. California*, 386 U.S. 738 (1967), is referred to the panel assigned to hear the merits of this appeal. The panel will conduct an independent review of the record. *See Penson v. Ohio*, 488 U.S. 75, 80-81 (1988). After it conducts its review, the merits panel will determine whether counsel may be allowed to withdraw and whether new counsel will be appointed. *See id.* at 83.

Appellant may file a pro se supplemental opening brief raising any issues by June 21, 2007. On or before July 20, 2007, appellee shall file the answering brief or notify this court that no answering brief will be filed. *See* 9th Cir. R. 31-2.3 (appellee's failure to file the answering brief or notify the court that no brief will be filed may result in the imposition of sanctions). If appellee files the answering

RECEIVED
CLERK, U.S. DISTRICT COURT
MAY 18 2007
DISTRICT OF HAWAII

brief, the optional reply brief will be due within 14 days after service of the answering brief.

The clerk of the district court shall forward to this court the clerk's record within 10 days of receipt of this order. *See* 9th Cir. R. 11-4.4.

Within 14 days of the date of this order, counsel shall serve a copy of this order on appellant and shall file notice on this court of such service.

For the Court

*Deborah Teitler*

Deborah Teitler
Staff Attorney/Deputy Clerk
9th Cir. R. 27-7
General Order 6.3(a)