# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: May 22, 2007

To: United States Court of Appeals    Attn: ( )   Civil
      For the Ninth Circuit
      Office of the Clerk                  (✓)   Criminal
      95 Seventh Street
      San Francisco, California 94103     ( )   Judge

From: United States District Court
        300 Ala Moana Blvd. Room C-338
        Honolulu, Hawaii 96813

DC No:    CR 00-00186SOM-04      Appeal No:    07-10045

Short Title:    U.S.A. vs. Pablo Romero

| | | |
|---|---|---|
| Clerk's Files in | 6 | volumes (✓) original ( ) certified copy |
| Bulky docs | | volumes (folders) docket # |
| Reporter's Transcripts | 18 | volumes (✓) original ( ) certified copy |
| Exhibits | | volumes ( ) under seal |
| | | boxes ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document: 8 sealed docs.

Acknowledgment: _____    Date: _____

cc: counsel