EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

EDRIC M. CHING  6697
Assistant U.S. Attorney
Att: Financial Litigation Unit
Rm 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, HI 96850-6100
Telephone:  541-2850
Facsimile:  541-3752
Email:  Edric.Ching@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 00-00186-004 |
| | ) | |
| Plaintiff, | ) | RELEASE OF NOTICE OF LIEN |
| | ) | |
| vs. | ) | |
| | ) | |
| PABLO ROMERO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

RELEASE OF NOTICE OF LIEN

The United States of America, by and through its attorneys, EDWARD H. KUBO, JR., United States Attorney for the District of Hawaii, and Edric M. Ching, Assistant U.S. Attorney, states that on December 13, 2006, a Judgment In A Criminal Case was entered against Pablo Romero, (SSN: XXX-XX-1505) in the U.S. District Court, District of Hawaii, ordering payment of a special assessment in the amount of $1,125.00.

A Notice of Lien For Fine Or Penalty Imposed Pursuant To the Criminal Fine Enforcement Act of 1984 was recorded on April 3, 2003 at the Bureau of Conveyances, State of Hawaii, Document No. 2003-061733.

The special assessment has been fully satisfied.

DATED: August 27, 2008, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

/s/ Edric M. Ching

By:_____
    EDRIC M. CHING
    Assistant U.S. Attorney

Attorneys for Plaintiff